THE BOCCARDO LAW FIRM, INC.
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
P.O. BOX 15001
SAN JOSE, CALIFORNIA 95115-0001
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

**JOHN C. STEIN, SBN 39417**
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE CARDENAS, et al. | ) Case No.: C-05-00845 RMW |
| Plaintiffs, | ) ORDER GRANTING COMPROMISE OF |
| | ) CLAIMS OF MINOR CHILDREN, |
| vs. | ) RODOLFO CARDENAS, JESSICA |
| | ) CARDENAS, and RUBEN CARDENAS |
| STATE OF CALIFORNIA, et al. | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED:

The settlement in the above entitled action is fair and reasonable and the apportionment of $170,000.00 to each of the three minor children, RODOLFO CARDENAS, JESSICA CARDENAS, and RUBEN CARDENAS, shall be disbursed as follows:

-1-

ORDER GRANTING COMPROMISE OF CLAIMS OF MINOR CHILDREN,
RODOLFO CARDENAS, JESSICA CARDENAS, and RUBEN CARDENAS

```
TOTAL SETTLEMENT TO EACH MINOR CHILD:              $ 170,000.00
- ATTORNEY'S COSTS
     (shared proportionally 18.99% of total)       $   4,745.98
NET RECOVERY TO EACH MINOR CHILD                   $ 165,254.02
- 25% ATTORNEY'S FEES (per Local Rule)             $  41,313.51
TOTAL RECOVERY TO EACH MINOR CHILD:                $ 123,940.51
- PURCHASE PRICE OF STRUCTURED SETTLEMENT:         $ 115,000.00
CASH TO EACH MINOR CHILD
     (to be placed in blocked account):            $   8,940.51
```

DATED: _____       _____
                                    JUDGE RONALD M. WHYTE