THE BOCCARDO LAW FIRM, INC.
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

**JOHN C. STEIN, SBN 39417**
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE CARDENAS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants. | Case No.: C-05-00845 RMW<br><br>ORDER RELEASING FUNDS FROM BLOCKED ACCOUNT |

It is hereby ordered upon proof to the Court that Rodolfo Cardenas, Jr., born ▓ 1997, is 18 years old as of ▓ 2015 and Wells Fargo Bank is released of their responsibility to keep $8,940.51 plus interest in account number ▓ 2337 and can release the money directly to Rodolfo Cardenas, Jr. upon presentation of this Order.

DATED: _____       BY: _____
                                    JUDGE RONALD M. WHYTE

-1-

ORDER RELEASING FUNDS FROM BLOCKED ACCOUNT